AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Lee Friedman, Kenneth Greenberg, Marcel Kunz, and John G. Reams, Individually And On Behalf Of All Persons Similarly Situated,

    Plaintiffs,

v.

VERIFIED IDENTITY PASS, INC., and DOES 1-50.

    Defendants.

**APPEARANCE**

Case Number: 09-cv-6694

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Verified Identity Pass, Inc.

    I certify that I am admitted to practice in this court.

| 8/3/2009 | *(signature)* |
|---|---|
| Date | Signature |
| | Paul R. Niehaus     PN-3994 |
| | Print Name     Bar Number |
| | 1359 Broadway, Suite 2001 |
| | Address |
| | New York    New York    10018 |
| | City    State    Zip Code |
| | (212) 631-0223    (212) 624-0223 |
| | Phone Number    Fax Number |